# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IVAN JHONATHAN MEDINA-GARCIA,<br><br>　　　　Defendant. | Case No. 2:22-mj-00763-NJK<br><br>**ORDER**<br><br>[Docket No. 13] |

　　　　Pending before the Court is the parties' stipulation to extend deadlines to conduct preliminary hearing. Docket No. 13. The stipulation does not indicate when the current preliminary hearing is scheduled. *See id.* The Court has previously warned the United States that failure to include the current preliminary hearing date in the stipulation to extend the date will result in denial of the stipulation. *E.g., United States v. Valencia-Chavez*, 2:22-mj-00764-NJK, Docket No. 14 (D. Nev. Oct. 6, 2022).

　　　　Accordingly, the parties' stipulation is **DENIED** without prejudice. The parties must file a stipulation with all relevant dates and information no later than October 17, 2022.

　　　　IT IS SO ORDERED

　　　　Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge