# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN JHONATHAN MEDINA-GARCIA,<br>　aka "Ivan Medina-Garcia,"<br>　aka "Ivan Jonathan Medina Garcia,"<br><br>　　　　　　Defendant. | Case No. 2:22-mj-00763-NJK<br><br>**Order Directing Probation to<br>Prepare a Criminal History Report**<br><br>[Docket No. 14] |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

　　　IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

　　　DATED this __14th__ day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE