# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVAN JHONATHAN MEDINA-GARCIA,<br>　aka "Ivan Medina-Garcia,"<br>　aka "Ivan Jonathan Medina Garcia,"<br><br>　　　　Defendant. | Case No. 2:22-mj-00763-NJK<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment**<br><br>[Docket No. 17] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on October 18, 2022 at the hour of 4:00 p.m., be vacated and continued to __January 17, 2023__ at the hour of __4:00 PM__.

DATED this __17th__ day of October, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE